COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Barrett Wakefield and Howard Wakefield III v. Sam Ayers and
                         Claudia Ayers

Appellate case number:   01-14-00648-CV

Trial court case number: 1007580-102

Trial court:             County Civil Court at Law No. 4 of Harris County

Date motion filed:       October 14, 2016

Party filing motion:     Appellant Barrett Wakefield


        It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Terry Jennings
                         Acting for the Court

Panel consists of:  Justices Jennings, Keyes, and Bland


Date:  November 8, 2016